E-FILED
Tuesday, 05 September, 2006  10:21:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

**CAPITOL RECORDS, et al.**     Case No.

    Plaintiffs,

v.

**REBECCA DICKENS,**

    Defendant.

To the Clerk of the court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs.

    I certify that I am admitted to practice in this court.

| September 5, 2006 | s/ Keith W. Medansky | |
|---|---|---|
| Date | Signature | |
| | Keith W. Medansky | ARDC #06195673 |
| | Print Name | Bar Number |
| | DLA PIPER US LLP | |
| | Address | |
| | Chicago | Illinois | 60601-1293 |
| | City | State | Zip Code |
| | (312) 368-4000 | (312) 236-7516 |
| | Phone Number | Fax Number |