**E-FILED**
Tuesday, 05 September, 2006  10:24:04 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

**CAPITOL RECORDS, et al.**            Case No.

      Plaintiffs,

v.

**REBECCA DICKENS,**

      Defendant.

To the Clerk of the court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 5, 2006 | s/ Alan S. Dalinka |
| Date | Signature |
| | |
| | Alan S. Dalinka     ARDC #06215935 |
| | Print Name     Bar Number |
| | |
| | DLA PIPER US LLP |
| | Address |
| | |
| | Chicago    Illinois    60601-1293 |
| | City    State    Zip Code |
| | |
| | (312) 368-4000     (312) 236-7516 |
| | Phone Number     Fax Number |