AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

V.

REBECCA DICKENS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2165

TO:
**REBECCA DICKENS**
1968 E. Chestnut St.
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky         Phone:  (312) 368-4000
Alan S. Dalinka           Fax:    (312) 236-7516
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

JOHN M. WATERS, CLERK          DATE  September 5, 2006

s/ M. Talbott
(By) DEPUTY CLERK