AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Central District of Illinois**<br>218 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802 |
|---|---|
| DOCKET NO. 06-2165  DATE FILED 9/5/06 | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>REBECCA DICKENS |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | Amendment    Answer    Cross Bill    Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order    Judgment | WRITTEN OPINION ATTACHED<br>Yes    No | DATE RENDERED |
|---|---|---|

| CLERK  S/ John M. Waters | (BY) DEPUTY CLERK  s/ S. Johnson | DATE 9/5/06 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**REBECCA DICKENS**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| Priority Records LLC | Ice Cube | You Know How We Do It | Lethal Injection | 198-283 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| Arista Records LLC | Whitney Houston | Same Script, Different Cast | Whitney The Greatest Hits | 284-891 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Dangerously in Love | Survivor | 289-199 |