AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

V.

REBECCA DICKENS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2165

TO:
REBECCA DICKENS
1968 E. Chestnut St.
Kankakee, IL 60901

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky
Alan S. Dalinka
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

Phone: (312) 368-4000
Fax:   (312) 236-7516

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JOHN M. WATERS, CLERK

(By) DEPUTY CLERK

DATE September 5, 2006

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPITOL RECORDS, INC., A DELAWARE CORPORATION: ET AL., <br> Plaintiff / Petitioner <br><br> VS. <br> REBECCA DICKENS <br> Defendant / Respondent | Cause #: 06-2165 <br><br> Affidavit of Service of: <br> NOTICE TO DEFENDANT; CIVIL COVER SHEET; SUMMONS; APPEARANCE FORM (2); COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATE OF INTEREST <br><br> Hearing Date: <br> Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of **Oct 4, 2006** at the address of **758 North Greenwood, Apt. #3**, city of **Kankakee**, county of _____, state of **Illinois**, this affiant served the above described documents upon:

**REBECCA DICKENS**

☐ **Personal Service**
  by then and there personally delivering _____ true and correct copy(ies) thereof.

☐ **Corporate Service**
  by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____
  *Person Receiving Documents and Their Title*

☒ **Substituted/Residential Service**
  by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Shonquesa Dickens (daughter)**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

**Terrance Dubois**
*Typed or Printed Name of Process Server*                    *Server Signature*

Subscribed and Sworn to before me this **10-05-06**

_____
a Notary Public in the State of **Illinois**
Residing at **Danforth**

OFFICIAL SEAL
CHRISTOPHER D MORRICAL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/18/09

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4174308

**ORIGINAL**
**PROOF OF SERVICE**

DLA PIPER US LLP

Page 1 of 1

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL., <br> Plaintiff / Petitioner <br><br> VS. <br> REBECCA DICKENS <br> Defendant / Respondent | Cause #: 06-2165 <br><br> Affidavit of Service of: <br> NOTICE TO DEFENDANT; CIVIL COVER SHEET; SUMMONS; APPEARANCE FORM (2); COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATE OF INTEREST <br><br> Hearing Date: <br> Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of __Oct 4, 2006__ at the address of __758 North Greenwood, Apt #3__, city of __Kankakee__, county of _____, state of __Illinois__, this affiant served the above described documents upon:

**REBECCA DICKENS**

☐ **Personal Service**
by then and there personally delivering _____ true and correct copy(ies) thereof.

☐ **Corporate Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____
<br>*Person Receiving Documents and Their Title*

☒ **Substituted/Residential Service**
by then and there personally delivering __1__ true and correct copy(ies) thereof, by then presenting to and leaving the same with __Shonquesa Dickens (daughter)__, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

__Terrance Dubois__
*Typed or Printed Name of Process Server*

*Server Signature*

Subscribed and Sworn to before me this __10-05-06__

a Notary Public in the State of __Illinois__
Residing at __Danforth__

OFFICIAL SEAL
CHRISTOPHER D MORRICAL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/18/09

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4174308

**ORIGINAL**
**PROOF OF SERVICE**

DLA PIPER US LLP

Page 1 of 1

OR_FWPRN