E-FILED
Friday, 09 March, 2007  10:06:12 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

CAPITOL RECORDS, et al.,

Plaintiffs,

Vs.

REBECCA DICKENS,

Defendant.

**APPEARANCE**

Case Number: 06cv2165

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 9, 2007 | /s/ Ann E. Pille |
| Date | Signature |
| | Ann E. Pille                06283759 |
| | Print Name                Bar Number |
| | DLA PIPER US LLP, 203 N. LASALLE STREET |
| | Address |
| | CHICAGO          IL          60601-1293 |
| | City              State         Zip Code |
| | (312) 368-4000          (312) 236-7516 |
| | Phone Number            Fax Number |

American LegalNet, Inc.
www.FormsWorkflow.com