E-FILED
Friday, 09 March, 2007 02:42:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>        Plaintiffs,<br><br>vs.<br><br>REBECCA DICKENS,<br><br>        Defendant. | Case No.: 2:06-cv-02165-HAB-DGB |

**MOTION FOR ATTORNEY WITHDRAWAL**

Alan S. Dalinka hereby moves this Court for leave to withdraw as counsel of record for Plaintiffs CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership ("Plaintiffs"). Unrelated to this litigation, Mr. Dalinka is leaving the DLA Piper US LLP law firm. Plaintiffs in this litigation are and continue to be represented by other counsel of record at DLA Piper US LLP, including Ms. Ann Pille who filed her appearance today. The undersigned is aware of no prejudice that will befall any party and believes no delay will be caused as a result of granting this motion.

CHGO1\30910772

                                  Respectfully submitted,

DATED:  March 9, 2007          By:  /s/ Alan S. Dalinka
                                          Alan S. Dalinka

Keith W. Medansky (ARDC #06195673)
Alan S. Dalinka (ARDC #06215935)
Ann E. Pille (ARDC #06283759)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

2

# CERTIFICATE OF SERVICE

I, Alan S. Dalinka, hereby certify that on March 9, 2007, I caused a copy of the Motion for Attorney Withdrawal (the "**Motion**") to be filed electronically. Notice of this filing was sent automatically to each party that has filed an appearance in the case. In addition, on March 9, 2007, I caused a copy of the Motion to be served on the following parties via First Class United States Mail, postage prepaid and addressed to:

> REBECCA DICKENS
> 1968 E. Chestnut St.
> Kankakee, IL 60901

DATED:  March 9, 2007                    By:   /s/  Alan S. Dalinka
                                               Alan S. Dalinka

CHGO1\30910772