E-FILED
Monday, 12 March, 2007  11:24:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> REBECCA DICKENS, <br><br> Defendant. | Case No.: 06 C 02165 <br><br> Judge Harold A. Baker <br> Magistrate Judge David G. Bernthal |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

NOW COME Plaintiffs Capitol Records, Inc., Priority Records LLC, UMG Recordings, Inc., Arista Records LLC, and Sony BMG Music Entertainment (collectively, the "**Plaintiffs**") for their motion for entry of default against Defendant Rebecca Dickens ("**Defendant**") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and the local rules of this Court, and, in support thereof, state as follows:

1. On September 5, 2006, Plaintiffs filed their Complaint for Copyright Infringement (the "Complaint") against Defendant.

2. On October 4, 2006, Defendant was served with, *inter alia*, a Summons to appear in the above-captioned proceeding. As such, Defendant's responsive pleading was due on or before October 24, 2006.

3. Defendant has not appeared in this action and has not filed a responsive pleading to the Complaint.

4. Accordingly, Plaintiffs hereby move for an entry of default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request that the Court enter a default against Defendant Rebecca Dickens.

Respectfully submitted,

CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

DATED: March 12, 2007

By: /s/ Ann E. Pille
One of their attorneys

Keith W. Medansky (ARDC #06195673)
Alan S. Dalinka (ARDC #06215935)
Ann E. Pille (ARDC #06283759)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

## CERTIFICATE OF SERVICE

      I, Ann E. Pille, hereby certify that on March 12, 2007, I caused a copy of the Motion for Entry of Default (the "**Motion**") to be filed electronically.  Notice of this filing was sent automatically to each party that has filed an appearance in the case.  In addition, on March 12, 2007, I caused a copy of the Motion to be served on the following parties via United States mail, postage prepaid:

      Rebecca Dickens  
      1968 E. Chestnut St.  
      Kankakee, IL 60901

DATED:  March 12, 2007        By:  /s/  Ann E. Pille  
                                                 Ann E. Pille (ARDC #06283759)