IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> REBECCA DICKENS, <br><br> Defendant. | Case No.: 06 C 02165 <br><br> Judge Harold A. Baker <br><br> Magistrate Judge David G. Bernthal |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Ann E. Pille, an attorney for Plaintiffs Capitol Records, Inc., Priority Records LLC, UMG Recordings, Inc., Arista Records LLC, and Sony BMG Music Entertainment (collectively, the "Plaintiffs") in the above-captioned proceeding, hereby certify that on April 5, 2007, I caused a copy of the Plaintiffs' Motion for the Entry of Default (the "Motion") to be served upon Rebecca Dickens (the "Defendant") by delivering the same to her last known address located at 758 North Greenwood, Apt. 3, in Kankakee, Illinois 60901 via overnight messenger.

I further certify that on April 10, 2007, I received a phone call from Defendant during which Defendant and I discussed the hearing scheduled to occur on April 11, 2007 at 1:30 p.m. before the Honorable Harold A. Baker in the United States Courthouse located in Urbana, Illinois (the "Hearing"), and Defendant informed me that she intended to attend the Hearing. During this conversation, Defendant also informed me that she has recently moved to a new residence which is located at 4224 Drummond, in East Chicago, Indiana 46312.

        Respectfully submitted,

        CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

        Plaintiffs

DATED: April 10, 2007      By: /s/ Ann E. Pille
                                               Ann E. Pille (ARDC #06283759)

Keith W. Medansky (ARDC #06195673)
Ann E. Pille (ARDC #06283759)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Ann E. Pille, hereby certify that on April 10, 2007, I caused a copy of this Supplemental Certificate of Service to filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to each party that has filed an electronic appearance in the above-captioned proceeding. In addition, on April 10, 2007, I caused a copy to be served upon Defendant at 4224 Drummond, in East Chicago, Indiana 46312, which Defendant has indicated to be her current residence, via United States mail.

By: /s/ Ann E. Pille
Ann E. Pille