UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: 06 C 2165 Judge Harold A. Baker Magistrate Judge David G. Bernthal |
| Plaintiffs, | |
| vs. | |
| REBECCA DICKENS, | |
| Defendant. | |

## MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Capitol Records, Inc., Priority Records LLC, UMG Recordings, Inc., Arista Records LLC, and Sony BMG Music Entertainment (collectively, the "Plaintiffs"), by and through their undersigned counsel, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby move for the entry of default judgment and a permanent injunction against Defendant Rebecca Dickens ("Defendant"). In support thereof, Plaintiffs respectfully state as follows:

1. On September 5, 2006, Plaintiffs filed their Complaint for Copyright Infringement (the "Complaint") against Defendant.

2. On October 4, 2006, Defendant was served with a Summons to appear in the above-captioned proceeding. As such, and Defendant's responsive pleading was due on or before October 24, 2006.

3. On March 12, 2007, Plaintiffs filed their Motion for Entry of Default against Defendant, which was granted on June 26, 2006 following Defendant's failure to file an appearance, answer, or responsive pleading in the above-captioned proceeding.

4. Based on these facts, Plaintiffs hereby move for default judgment against Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure.

5. Plaintiffs also request statutory damages pursuant to 17 U.S.C. § 504(c) in the amount of $3,750.00, costs pursuant to 17 U.S.C. § 505 in the amount of $420.00, and the requested permanent injunction as set forth more fully in the Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (the "Memorandum"), filed contemporaneously herewith.

WHEREFORE, for the reasons stated herein, and in the Memorandum, Plaintiffs respectfully request that the Court enter an Order for (1) default judgment in favor of Plaintiffs and against Defendant; (2) statutory damages in the total amount of $3,750.00; (3) an injunction in the form sought in the Complaint; (4) costs of $420.00; and (5) for any other relief this Court deems appropriate under the circumstances.

Respectfully submitted,

CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

DATED: July 3, 2007

By: /s/ Ann E. Pille
Ann E. Pille (ARDC #06283759)

Keith W. Medansky (ARDC #06195673)
Ann E. Pille (ARDC #06283759)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

2

E-FILED
Tuesday, 03 July, 2007 03:22:05 PM
Clerk, U.S. District Court, ILCD

PROPOSED ORDER

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>REBECCA DICKENS,<br><br>　　　　　Defendant. | Case No.: 06 C 02165<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

**ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter coming to be heard on Plaintiffs' Motion for Default Judgment and Permanent Injunction, filed on July 3, 2007 (the "Motion"); due and proper notice having been provided; Defendant Rebecca Dickens ("Defendant") having previously been adjudged to be in default; this Court finding that there is good cause for the relief sought in the Motion; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED:

1.　Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint.

2.　Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

3.     Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4.     Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Atomic Dog," on album "Computer Games," by artist "George Clinton" (SR# 43-549);
- "You Know How We Do It," on album "Lethal Injection," by artist "Ice Cube" (SR# 198-283);
- "Everything," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);
- "Same Script, Different Cast," on album "Whitney The Greatest Hits," by artist "Whitney Houston" (SR# 284-891);
- "Dangerously in Love," on album "Survivor," by artist "Destiny's Child" (SR# 289-199);

**5.**     Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

3

      6.      Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____      By: _____
                                                              Honorable Harold A. Baker
                                                              United States District Judge

**E-FILED**
Tuesday, 03 July, 2007  03:22:27 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

 I, Ann E. Pille, hereby certify that on July 3, 2007, I caused a copy of the Motion for Default Judgment and Permanent Injunction to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on July 3, 2007, I caused a copy of the Motion to be served on Defendant, at her last known address, listed below, via United States mail, postage prepaid:

  Rebecca Dickens
  4224 Drummond
  East Chicago, IN 46312


DATED: July 3, 2007    By: /s/ Ann E. Pille
             Ann E. Pille (ARDC #06283759)