## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>REBECCA DICKENS,<br><br>Defendant. | Case No.: 06 C 2165<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS'
## MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Capitol Records, Inc., Priority Records LLC, UMG Recordings, Inc., Arista Records LLC, and Sony BMG Music Entertainment (collectively, the "Plaintiffs"), in further support of their Motion for Default Judgment and Permanent Injunction (the "Motion"), filed contemporaneously herewith, respectfully state as follows:

### I.    BACKGROUND

1.    On September 5, 2006, Plaintiffs filed their Complaint for Copyright Infringement (the "Complaint") against Defendant Rebecca Dickens ("Defendant").  See Complaint, attached hereto as Exhibit A; see also Declaration of Ann E. Pille, attached hereto as Exhibit B, ¶ 2.

2.    On October 4, 2006, Defendant was served with a Summons to appear in the above-captioned proceeding.  As such, Defendant's responsive pleading was due on or before October 24, 2006. See Affidavit of Service, attached hereto as Exhibit C; see also Ex. B., ¶ 3.

3.    On March 12, 2007, Plaintiffs filed their Motion for Entry of Default against Defendant, which was granted on June 26, 2006 following Defendant's failure to file an appearance, answer, or responsive pleading in the above-captioned proceeding.

4.    Upon information and belief, Defendant is not an infant or incompetent person and, according to available public databases, is not in the military service.  See Ex. B., ¶ 5 see also 50 U.S.C. App. § 520(1).

## II.    ARGUMENT

5.    The default concedes the truth of the allegations of the Complaint as to Defendant's liability.  See, e.g., Dundee Cement Co. v. Howard Pipe & Concrete Products, Inc., 722 F.2d 1319, 1323 (7th Cir. 1983) ("Upon default, the well-pleaded allegations of a complaint relating to liability are taken as true."); Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir. 1977) ("The general rule of law is that upon default the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true."); Ortiz-Gonzalez v. Fonovisa, 277 F.3d 59, 62-63 (1st Cir. 2002) ("A defaulting party is taken to have conceded the truth of the factual allegations in the complaint as establishing the grounds for liability as to which damages will be calculated."; Sony Music Entm't, Inc. v. Global Arts Prod., 45 F. Supp. 2d 1345, 1347 (S.D. Fla. 1999) (in copyright infringement case, default establishes liability); UMG Recordings, et al. v. Stewart, 2006 WL 3360528, * 3 (S.D. Ill.  October 25, 2006) ("As a general rule, a default judgment establishes, as a matter of law, that defendants are liable to plaintiffs as to each cause of action alleged in the complaint.  Upon default the well-pleaded allegations of a complaint relating to liability are taken as true." (internal citations omitted)).

6.      The default establishes Defendant's liability to Plaintiffs for copyright infringement, in that Defendant used an online media distribution system to copy the copyrighted sound recordings listed on Exhibit A to the Complaint and to distribute those recordings to other users of the system.  See Ex. A, ¶ 12.   These established facts constitute direct copyright infringement.   See In re Aimster Copyright Litig., 334 F.3d 643, 645 (7th Cir. 2003), cert. denied, 124 S. Ct. 1069 (2004) ("If the music is copyrighted, such swapping, which involves making and transmitting a digital copy of the music, infringes copyright.  The swappers who are ignorant or more commonly disdainful of copyright and in any event discount the likelihood of being sued or prosecuted for copyright infringement, are the direct infringers."); A&M Records, Inc. v. Napster, Inc., 239 F.3d 1004, 1014 (9th Cir. 2001) (individuals who upload and download copyrighted files from a system similar to one Defendant used commit direct copyright infringement).

7.      Defendant has not appeared in this action, has not filed a responsive pleading to the Complaint and is not believed to be an infant or incompetent person, or in active military service.  See Ex. B., ¶¶ 4, 5.

8.      Accordingly, pursuant to Rule 55, Plaintiffs are entitled to entry of default judgment against Defendant.  Consistent with Rule 55, Plaintiffs hereby request the following statutory damages, injunctive relief, and costs:

    a.      The minimum statutory damages provided by Section 504 of the Copyright Act ($750) for each of the five (5) infringements alleged in the Complaint, for a total of $3,750.00;

    b.      An injunction pursuant to Section 502 of the Copyright Act; and

    c.      Costs, pursuant to Section 505 of the Copyright Act, in the amount of $420.00.  See Ex. B., ¶ 6.

A.     **Minimum Statutory Damages**

9.     Section 504(a) of the Copyright Act provides that "an infringer of copyright is liable for . . . (2) statutory damages, as provided by subsection (c)." 17 U.S.C. § 504(a)(2).

10.     Section 504(c)(1) of the Copyright Act, in turn, provides that: "the copyright owner may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, with respect to any one work . . . in a sum of not less than $750 or more than $30,000 as the court considers just." 17 U.S.C. § 504(c)(1).  See also Fitzgerald Publ'g Co. v. Baylor Publ'g Co., Inc., 807 F.2d 1110, 1114 (2d Cir. 1986) (copyright "owner may elect to recover – instead of actual damages and profits – statutory damages under 17 U.S.C. § 504(c)(1) for those works whose copyrights were registered at the time the infringement occurred."). 4 Melville B. Nimmer & David M. Nimmer, Nimmer On Copyright ("Nimmer") § 14.04[A], at 14-66 (2006) ("Under the current [Copyright] Act, the copyright owner may elect to recover statutory damages, instead of actual damages and defendant's profits.").

11.     Plaintiffs need not prove actual damages to be entitled to an award of statutory damages.  "Under the current Act, the copyright owner may elect to recover statutory damages, instead of actual damages and defendant's profits.  He may, moreover, make such an election regardless of the adequacy of the evidence offered as to his actual damages and the amount of defendant's profits, and even if he has intentionally declined to offer such evidence, although it was available."  4 Nimmer, § 14.04[A], at 14-66; see also Columbia Pictures Television, Inc. v. Krypton Broad. of Birmingham, Inc., 259 F.3d 1186, 1194 (9th Cir. 2001), cert. denied, 534 U.S. 1127, 112 S. Ct. 1063 (2002) ("A plaintiff may elect statutory damages regardless of the adequacy of the evidence offered as to his actual damages and the amount of defendant's profits." (citation omitted)); Los Angeles News Serv. v. Reuters Television Int'l, Ltd., 149 F.3d 987, 996

(9th Cir. 1998), cert. denied, 525 U.S. 1141, 119 S. Ct. 1032 (1999) ("a plaintiff may recover statutory damages whether or not there is adequate evidence of the actual damages suffered by plaintiff or the profits reaped by defendant, in order to sanction and vindicate the statutory policy of discouraging infringement." (internal quotation marks and citation omitted)).

12.     Courts routinely award minimum statutory damages – or higher – as part of default judgments in copyright infringement cases.  See, e.g., Ortiz-Gonzalez, 277 F.3d at 63-64 (award of greater than minimum statutory damages as part of default judgment); Morley Music Co. v. Dick Stacey's Plaza Motel, Inc., 725 F.2d 1, 2-3 (1st Cir. 1983) (award of greater than minimum statutory damages as part of default judgment); Getaped.com, Inc. v Cangemi, et. al., 188 F. Supp. 2d 398, 400-02 (S.D.N.Y. 2002) (on default judgment, awarding $30,000 statutory damages for a single act of infringement).

13.     Because Plaintiffs here seek only the minimum statutory damages and those damages easily are ascertainable from the Complaint, no evidentiary hearing is necessary.  See, e.g., Ortiz-Gonzalez, 277 F.3d at 63-64 (no hearing necessary, even where greater than minimum amount of statutory damages awarded); Morley Music Co., 725 F.2d at 6 (so long as trial judge has "an adequate reference base for his judgment" no hearing is required, even where greater than minimum statutory damages awarded); see also O'Brien v. R.J. O'Brien & Assoc., Inc., 998 F.2d 1394, 1405 (7th Cir. 1993) (affirming default judgment for amount of damages sought in Complaint where court did not hold hearing on damages); Fustok v. ContiCommodity Servs., Inc. et al., 873 F.2d 38, 40 (2d Cir. 1989) ("While it is true . . . that the damages in this case were neither liquidated nor capable of mathematical calculation, it was not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment."); HMG Property Investors, Inc. v. Parque Indus. Rio Canas, Inc., 847 F.2d

908, 919 (1st Cir. 1988) ("It is settled that, if arriving at the judgment amount involves nothing more than arithmetic – the making of computations which may be figured from the record – a default judgment can be entered without a hearing of any kind.").

## B.    Permanent Injunction

14.    Section 502(a) of the Copyright Act specifically provides for injunctive relief: "Any court having jurisdiction of a civil action arising under this title may, subject to the provisions of section 1498 of title 28, grant . . . final injunctions on such terms as it may deem reasonable to prevent or restrain infringement of a copyright." See Pacific & Southern Co., Inc. v. Duncan, 744 F.2d 1490, 1499 n.17 (11th Cir. 1984), cert. denied, 471 U.S. 1004, 105 S. Ct. 1867 (1985) (Copyright Act authorizes an injunction "on such terms as it may deem reasonable to prevent or restrain infringement of a copyright.").

15.    Injunctions are regularly issued pursuant to the mandate of Section 502, because "the public interest is the interest in upholding copyright protections." Autoskill, Inc. v. National Educ. Support Sys., Inc., 994 F.2d 1476, 1499 (10th Cir.), cert. denied, 510 U.S. 916, 114 S. Ct. 307 (1993).  "[I]t is virtually axiomatic that the public interest can only be served by upholding copyright protections and, correspondingly, preventing the misappropriation of the skills, creative energies, and resources which are invested in the protected work." Apple Computer, Inc. v. Franklin Computer Corp., 714 F.2d 1240, 1255 (3d Cir. 1983) citing Klitzner Indus., Inc. v. H.K. James & Co., 535 F. Supp. 1249, 1259-60 (E.D. Pa.  1982).  Here, an "injunction is necessary to preserve the integrity of the copyright laws which seek to encourage individual efforts and creativity by granting valuable enforceable rights." Atari, Inc. v. N. Am. Philips Consumer Electric Corp., 672 F.2d 607, 620 (7th Cir. 1982), cert. denied, 459 U.S. 880, 103 S. Ct. 176 (1982), superseded by statute on other grounds, Fed.R.Civ.P. 52(a) (1985), as recognized in Scandia Down Corp. v. Euroquilt, Inc., 777 F.2d 1423 (7th Cir. 1985).

16.     Courts also routinely issue injunctions as part of default judgments.  See, e.g., Claremont Flock Corp. v. Alm, 281 F.3d 297 (1st Cir. 2002) (affirming award of default judgment and injunction); Securities & Exch. Comm'n v. Coldicutt, 258 F.3d 939, 945 (9th Cir. 2001) (affirming refusal to terminate permanent injunction issued on default judgment); Johnson v. Kakvand, 192 F.3d 656, 663 (7th Cir. 1999) (affirming default judgment with injunction); Securities & Exch. Comm'n v. McNulty, 137 F.3d 732, 741 (2d Cir.), cert. denied, 525 U.S. 931, 119 S. Ct. 340 (1998) (affirming default judgment enjoining corporate officer from violating securities laws); CJC Holdings, Inc. v. Wright & Lato, Inc., 979 F.2d 60, 63 (5th Cir. 1992) (affirming default judgment for injunction requiring defendant in trademark infringement suit to label its product to avoid public confusion); Sony Music Entm't, Inc. v. Global Arts Prod., 45 F. Supp. 2d at 1347-48 (entering permanent injunction against copyright infringement on default judgment).

17.     Here, Plaintiffs allege that Defendant's conduct is causing irreparable injury that cannot fully be compensated or measured in money, and that they will continue to suffer such injury unless the Court enjoins Defendant from continuing to infringe Plaintiffs' copyrights. Complaint ¶ 13.  In copyright cases, irreparable harm is presumed on a showing of a reasonable likelihood of success on the merits.  e.g., Micro Star v. Formgen, Inc., 154 F.3d 1107, 1109 (9th Cir. 1998).  "The only difference in the elements needed for the granting of a permanent, as opposed to a preliminary, injunction is the need to show success on the merits, not merely likelihood of success . . . Consequently, Plaintiffs in this case need not show irreparable harm, as the default against Defendants satisfies the element of success on the merits."  Sony Music Entm't, Inc. v. Global Arts Prod., 45 F. Supp. 2d at 1347.[1]

---

[1] "Copyright infringement is presumed to give rise to 'irreparable injury.'"  Universal City Studios v. Reimerdes, 82 F. Supp. 2d 211, 215 (S.D.N.Y. 2000) (citing Fisher-Price, Inc. v. Well-Made Toy Mfg.

18.    In Paragraph 1 of the Prayer of the Complaint, Plaintiffs specifically requested the

following injunction:

> Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

See Ex. A, p. 4.

19.    Damages cannot begin adequately to compensate Plaintiffs for the harm caused,

and the ease, scope, and history of Defendant's infringement more than warrant the requested

injunction.    Defendant's infringements were widespread, going well beyond the few

representative examples listed in Exhibit A to the Complaint.    See Ex. A and the Exhibits

attached thereto.    Moreover, Defendant's means of infringement – an online media distribution

system with tens of millions of potential users – has left Plaintiffs' Recordings vulnerable to

massive, repeated, near-instantaneous, and worldwide infringement.    Because recordings made

available over these systems typically are made available for further unlawful distribution by the

users who download them, Defendant's conduct has subjected Plaintiffs' valuable recordings to

ongoing "viral" infringement.    See e.g., Aimster, 334 F.3d at 646-647; Napster, 239 F.3d at

1011.

---

Corp., 25 F.3d 119, 124 (2d Cir. 1994)); accord, e.g., In re Aimster Copyright Litig., 252 F. Supp. 2d 634, 662 (N.D. Ill. 2002), aff'd, 334 F.3d 643 (7th Cir. 2003), cert. denied, 124 S. Ct. 1069 (2004) ("irreparable harm may normally be presumed in the copyright infringement context").

20.      By failing to file an answer or other responsive pleading, Defendant has not rebutted or contested Plaintiffs' allegation that she, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download Plaintiffs' Recordings.  See, Complaint, ¶ 13.  Consequently, Defendant has conceded this point. See, ¶ 6, supra.  Furthermore, Defendant's failure to respond to the Complaint suggests that Defendant does not take seriously the illegality of the infringing activity.  Thus, without an injunction, Plaintiffs' copyrighted recordings remain vulnerable to continued, repeated infringement.

21.      In light of the scope and nature of Defendant's infringement, the need to protect Plaintiffs' Recordings, and the public interest, the requested injunction prohibits infringement of all copyrighted sound recordings owned by Plaintiffs, including future recordings.  See Sony Music Entm't, Inc., 45 F. Supp. 2d at 1347-48 (enjoining defendants from infringing any of the copyrighted works owned by Plaintiff, including, but not limited to, those listed in the complaint); Canopy Music, Inc. v. Harbor Cities Broad. Inc., 950 F. Supp. 913, 916 (E.D. Wis. 1997) (enjoining radio station that infringed musical composition copyrights "from performing any songs to which ASCAP possesses the right to license."); Columbia Pictures Indus., Inc. v. Babella, No. 95 C 1610, 1996 WL 328015, at *4 (N.D. Ill. June 11, 1996) (enjoining infringement of any of plaintiffs' works); Picker Int'l Corp. v. Imaging Equip. Serv., Inc., 931 F. Supp. 18, 45 (D. Mass. 1995), aff'd, 94 F.3d 640 (1st Cr. 1996) (injunction entered which applies "not only to the works as to which infringement has already been adjudicated, but also to any other works presently owned by plaintiff."); Jobette Music Co., Inc., et al. v. Hampton, 864 F. Supp. 7, 9 (S.D. Miss. 1994) (enjoining defendants from performing any musical compositions licensed through ASCAP, not just those listed in complaint); Zeon Music v. Stars Inn Lounge,

9

Ltd., No. 92 C 7607, 1994 WL 163636, at *3 (N.D. Ill. Apr. 28, 1994) (where defendants
infringed four songs, court enjoined them "from publicly performing or sponsoring the public
performances of any musical composition included in ASCAP's repertory until such time as
defendants obtain a license to do so."); Weintraub/Okun Music et al. v. Atlantic Fish & Chips,
Inc., No. 90 C 4938, 1991 WL 34713, at *4 (N.D. Ill. Mar. 13, 1991) (seven songs infringed by
restaurant; Court enjoined "further infringement of the copyrights held by ASCAP members.").

22.     For the same reasons, and because Plaintiffs continually create new works –
works that would be vulnerable to infringement if the injunction were limited to existing works,
and that would require new litigation to redress each future infringement -- the requested
injunction follows standard practice in copyright cases by covering works to be created in the
future.  See, e.g., Princeton Univ. Press v. Michigan Document Serv., Inc., 99 F.3d 1381, 1392-
93 (6th Cir. 1996), cert. denied, 520 U.S. 1156, 117 S. Ct. 1336 (1997) ("The weight of authority
supports the extension of injunctive relief to future works."); Olan Mills, Inc. v. Linn Photo Co.,
23 F.3d 1345, 1349 (8th Cir. 1994) (permanent injunction is applicable to works created in the
future); Basic Books, Inc. v. Kinko's Graphics Corp., 758 F. Supp. 1522, 1542 (S.D.N.Y. 1991)
(plaintiffs are entitled to injunction against future infringement of works which may not now be
copyrighted or even in existence but, in the future, may be copied by defendant).

## C.     Costs of Suit

23.     Courts routinely award costs on default judgment in copyright infringement
actions.  See, e.g., Jobette Music Co., Inc., 864 F. Supp. at 10 (granting costs in a copyright
infringement case); see also, Canopy Music, Inc., 950 F. Supp at 917-918; Cross Keys Publ'g
Co., Inc. v. Wee, Inc., 921 F. Supp. 479, 482 (W.D. Mich. 1995).

24.     Section 505 of the Copyright Act expressly authorizes recovery of "full costs,"
because an award of costs would "(1) deter future copyright infringement; (2) ensure that all

holders of copyrights which have been infringed will have equal access to the court to protect their works; and (3) penalize the losing party and compensate the prevailing party." <u>A&N Music Corp. v. Venezia</u>, 733 F. Supp. 955, 959 (E.D. Penn. 1990) (awarding costs on default judgment in copyright infringement action) (internal citations omitted); <u>see</u> <u>also</u> <u>Cross Keys Publ'g Co., Inc.</u>, 921 F. Supp. at 481-82 (default judgment awarding costs).

### III.    CONCLUSION

For the reasons stated herein, and in the Motion, Plaintiffs respectfully request that the Court enter an Order for (1) default judgment in favor of Plaintiffs and against Defendant; (2) statutory damages in the total amount of $3,750.00; (3) an injunction in the form sought in the Complaint; (4) costs of $420.00; and (5) for any other relief this Court deems appropriate under the circumstances.

Respectfully submitted,

CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

DATED:  July 3, 2007

By:   /s/ Ann E. Pille
       Ann E. Pille (ARDC #06283759)

Keith W. Medansky (ARDC #06195673)
Ann E. Pille (ARDC #06283759)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

E-FILED
Tuesday, 03 July, 2007  03:28:08 PM
Clerk, U.S. District Court, ILCD

EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: |
| Plaintiffs, | |
| vs. | |
| REBECCA DICKENS, | |
| Defendant. | |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101, et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101, et seq.; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.      This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

### PARTIES

4.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.      Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

6.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

9.      Plaintiffs are informed and believe that Defendant is an individual residing in this District.

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

10.      Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11.      Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings").  The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights.  In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more

of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13.     Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

15.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

16.     As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17.     The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.     For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.     For Plaintiffs' costs in this action.

4.     For Plaintiffs' reasonable attorneys' fees incurred herein.

5.     For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

CAPITOL     RECORDS,     INC.;     PRIORITY
RECORDS LLC; UMG RECORDINGS, INC.;
ARISTA RECORDS LLC; and SONY BMG
MUSIC ENTERTAINMENT

Plaintiffs

DATED:  September 5, 2006          By:     s/ Keith W. Medansky
                                            Keith W. Medansky (ARDC #06195673)

Keith W. Medansky (ARDC #06195673)
Alan S. Dalinka (ARDC #06215935)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for CAPITOL RECORDS, INC.;
PRIORITY     RECORDS     LLC;     UMG
RECORDINGS, INC.; ARISTA RECORDS
LLC;     and     SONY     BMG     MUSIC
ENTERTAINMENT

Plaintiffs

5

**E-FILED**
Tuesday, 05 September, 2006  10:20:14 AM
Clerk, U.S. District Court, ILCD

**EXHIBIT A**

**REBECCA DICKENS**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| Priority Records LLC | Ice Cube | You Know How We Do It | Lethal Injection | 198-283 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| Arista Records LLC | Whitney Houston | Same Script, Different Cast | Whitney The Greatest Hits | 284-891 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Dangerously in Love | Survivor | 289-199 |

file:///C|/Documents%20and%20Settings/gieryc/Desktop/Today's%20ECF/Original%20Documents/Summers.Ruby%20-%20userlog%20-%2088510511.txt

2:06-cv-02165-HAB-DGB     # 13-2     Page 8 of 17

E-FILED
Tuesday, 05 September, 2006  10:21:15 AM
Clerk, U.S. District Court, ILCD

Log for User at address 68.251.72.180:6346 generated on 9/7/2005 8:40:38 AM EDT (-0400 GMT)
Total Files: 510
------------------------------
Total Audio Files: 414
Total Video Files: 1
Total Software Files: 27
Total Document Files: 6
------------------------------
Total Matched Files: 12
Total Distinct Matches: 10


FileName: (gretchen_wilson)-all_jacked_up.mp3 (8,521,856 bytes)
FileName: (The Dillards) A Long Time Ago - 13 - Cannonball Blues.mp3 (3,455,564 bytes)
FileName: 02 Waymore's Blues, Pt. 2.wma (3,125,111 bytes)
FileName: 03 Take the Money and Run.wma (2,790,647 bytes)
FileName: 04 Voices.mp3 (6,274,826 bytes)
FileName: 05 Rank Strangers to Me.mp3 (3,729,408 bytes)
FileName: 05 Waymore's Blues.wma (1,310,155 bytes)
FileName: 08 Blue Yodel #3.mp3 (3,127,986 bytes)
FileName: 15 Blue Yodel No. 5.mp3 (3,150,906 bytes)
FileName: 19 - The Stanley Brothers - Angel Band.mp3 (2,172,261 bytes)
FileName: 2 Pac - Tupac - Makaveli - In The Air Tonight (Phill Collins) (Unreleased).mp3 (7,694,326 bytes)
FileName: 2 Pac Tupac- Changes.mp3 (5,385,196 bytes)
FileName: 50 Cent - Just A Little Bit.mp3 (3,808,071 bytes)
FileName: 70's - The Monkeys - I'm a Beliver.mp3 (3,331,058 bytes)
FileName: Alanis Morisette - You Outta Know.mp3 (3,985,656 bytes)
FileName: Alanis Morrissette- Ironic.mp3 (3,676,184 bytes)
FileName: Another Good Reason.mp3 (4,280,364 bytes)
FileName: Banned Commercials - Miller Lite Cat Fight Uncensored.mpg (7,249,924 bytes)
FileName: Banned Commercials - Toilette(fuckin funny).mpg (4,290,072 bytes)
FileName: Banned Polish Pepsi Porno Commercial.mpg (3,543,000 bytes)
FileName: Beer Drinkin Blues - Rocky Bill Ford.wav (976,342 bytes)
FileName: Bellamy Brothers - Redneck Girl.mp3 (3,201,820 bytes)
FileName: Big and Rich - Save a Horse, Ride a Cowboy.mp3 (4,859,403 bytes)
FileName: Bill Monroe & His Blue Grass Boys - Cotton Eyed Joe.mp3 (2,440,363 bytes)
FileName: Billy Idol - White Wedding.mp3 (3,991,570 bytes)
FileName: Billy Joe Shaver - Ain't No God In Mexico.mp3 (2,236,416 bytes)
FileName: Billy Joe Shaver - Georgia on a Fast Train.mp3 (3,086,336 bytes)
FileName: Billy Joe Shaver - Hardworkin' Man.mp3 (2,692,493 bytes)
FileName: Billy Joe Shaver - Heart of Texas.mp3 (3,611,672 bytes)
FileName: billy joe shaver - hill country love song.mp3 (2,230,230 bytes)
FileName: Billy Joe Shaver - Jesus Was Our Savior and Cotton Was Our K.mp3 (1,714,469 bytes)
FileName: Billy Joe Shaver - Leavin Amarillo.mp3 (3,538,944 bytes)
FileName: Billy Joe Shaver - Old Five And Dimers Like Me.mp3 (2,645,451 bytes)
FileName: Billy Joe Shaver - People and Their Problems.mp3 (3,209,216 bytes)
FileName: Billy Joe Shaver - Ragged Old Truck.mp3 (4,051,323 bytes)
FileName: Billy Joe Shaver - Slow Rollin' Low.mp3 (3,950,592 bytes)
FileName: Billy Joe Shaver - The Devil Made Me Do It The First Time.mp3 (2,147,142 bytes)
FileName: Billy Joe Shaver - The Hottest Thing in Town.mp3 (4,376,746 bytes)
FileName: Blaine Larsen - How Do You Get That Lonely.MP3 (5,993,575 bytes)
FileName: bluegrass - Emmy Lou Harris, Ricky Skaggs, Dolly Parton, Willie Nelson) Green Pastures.mp3 (4,516,200 bytes)
FileName: Bob And Tom - Momma's Got Her Boobs Out (Rodney Carrington).mp3 (1,732,608 bytes)
FileName: Bob Dylan and Johnny Cash- Girl from the North Country.mp3 (3,579,997 bytes)
FileName: Bobby Gentry - Ode To Billy Joe.mp3 (5,079,424 bytes)

file:///C|/Documents%20and%20Settings/gieryc/Desktop/Today's%20ECF/Original%20Documents/Summers.Ruby%20-%20userlog%20-%2088510511.txt

2.06-02165-HAB-DCB     # 13-2     Page 9 of 17

FileName: Bobby Helms - Fraulein (1957).mp3 (2,839,126 bytes)
FileName: Brenda Lee - Big Four Poster Bed.mp3 (4,643,613 bytes)
FileName: Brother Phelps - Any Way the Wind Blows.mp3 (3,067,489 bytes)
FileName: buck owens - ashes of love.mp3 (2,045,425 bytes)
FileName: Carl Smith Tom T. Hall - Dolly Parton's Tits by Maclean & Maclean.mp3 (1,870,663 bytes)
FileName: Carlene Carter - Every Little Thing.mp3 (3,101,614 bytes)
FileName: Carly Simon - Little Black Book - Nobody Does It Better (Theme).mp3 (3,330,008 bytes)
FileName: CCR - Bad Moon Rising.mp3 (2,228,268 bytes)
FileName: CCR - Jeremiah Was a Bullfrog.mp3 (3,184,977 bytes)
FileName: CCR - Lookin' Out My Back Door.mp3 (2,445,479 bytes)
FileName: CCR - Proud Mary.mp3 (2,963,512 bytes)
FileName: Charlie Daniels Band - Trudy.mp3 (5,839,679 bytes)
FileName: Cher - Gypsies Tramps and Thieves.mp3 (2,561,799 bytes)
FileName: Christy Lane - One Day At A Time.mp3 (3,133,568 bytes)
FileName: Chubby Checker - Peppermint twist.mp3 (1,992,284 bytes)
FileName: Chubby Checker- Twist and Shout.mp3 (2,454,842 bytes)
FileName: Chuck Berry - Johnny B Goode.mp3 (2,600,124 bytes)
FileName: Chuck Berry - No Particular Place to Go.mp3 (2,636,486 bytes)
FileName: Chuck Berry - Reelin' and Rockin'.mp3 (3,188,736 bytes)
FileName: Clarence Carter - Strokin (perfect uncensored).mp3 (4,395,008 bytes)
FileName: Comedy - Funniest Commercial, EVER.mpeg (3,637,252 bytes)
FileName: Conway Twitty & Loretta Lynn - After The Fire Is Gone.mp3 (2,536,884 bytes)
FileName: country - Tim McGraw - Red Ragtop.mp3 (3,464,085 bytes)
FileName: country-Mark Chestnut - Old Flames Have New Names.mp3 (2,017,773 bytes)
FileName: Danny & The Juniors - At The hop.mp3 (2,506,752 bytes)
FileName: Danny And The Juniors - Rock & Roll Is Here To Stay .mp3 (2,430,976 bytes)
FileName: DAVE AND SUGAR- Queen Of The Silver Dollar.mp3 (3,351,961 bytes)
FileName: Dave Dudley - A Tombstone Every Mile(1).mp3 (2,307,140 bytes)
FileName: Dave Dudley - Rolaids, Doan's Pills & Preparation H.mp3 (2,868,623 bytes)
FileName: Dave Dudley - There Ain't No Easy Run.mp3 (1,941,504 bytes)
FileName: Dave Dudley - Truck Drivin' Man.mp3 (2,512,896 bytes)
FileName: David Allan Coe - Son Of The South.mp3 (4,315,136 bytes)
FileName: David Allen Coe - the most racist song in the world.mp3 (2,300,032 bytes)
FileName: David Lynn Jones - Bonnie Jean.mp3 (4,769,878 bytes)
FileName: Deborah Allen - Rockin' Little Christmas.mp3 (3,392,658 bytes)
FileName: Deftones - Change.mp3 (4,791,612 bytes)
FileName: DHT - Listen To Your Heart (slow).mp3 (6,499,598 bytes)
FileName: Dire Straits - Chet Atkins & Mark Knopfler - Poor Boy Blues.mp3 (3,596,288 bytes)
FileName: Distrubed - Voices.mp3 (4,583,074 bytes)
FileName: Dixie Chicks - Sin Wagon.mp3 (3,531,337 bytes)
FileName: DMX ft Phil Collins - i can feel it coming in the air tonight.mp3 (4,063,621 bytes)
FileName: dream of me.mp3 (2,863,104 bytes)
FileName: Drinkin' Thing - Gary Stewart - Country Oldies.mp3 (2,865,152 bytes)
FileName: Eagels - Dust In The Wind.mp3 (3,856,384 bytes)
FileName: Emenim - I'm A Soilder.MP3 (3,653,347 bytes)
FileName: Emenim- Ass Like That (Encore) .mp3 (5,902,081 bytes)
FileName: Emmy Lou Harris - Two More Bottles Of Wine.mp3 (3,053,578 bytes)
FileName: Emmy Lou Harris - Wayfaring Stranger.mp3 (3,395,678 bytes)
FileName: Emmylou Harris - The Death Of Hank Williams.mp3 (4,153,426 bytes)
FileName: Ernest Tubb - Drivin nails in my coffin.mp3 (3,373,056 bytes)
FileName: Ernest Tubb - I'll Just Call You Darlin' - Lorreta Lynn.mp3 (2,319,232 bytes)
FileName: Ernest Tubb - Loretta Lynn - Thanks A Lot.mp3 (2,479,514 bytes)
FileName: Ernest Tubb - Tennessee Border - Red Foley.mp3 (1,552,063 bytes)
FileName: Ernest Tubbs & Loretta Lynn - Sweet Thang.mp3 (2,464,327 bytes)
FileName: Ernest Tubbs - Fillipino Baby.mp3 (3,103,104 bytes)
FileName: Fat Joe Feat. Nelly - Get It Popin.mp3 (5,145,720 bytes)

FileName: Fats Domino - Blueberry Hill.mp3 (2,736,428 bytes)
FileName: Ford, Frankie - Sea Cruise.mp3 (2,684,679 bytes)
FileName: Freddy Hart - Easy Loving.mp3 (2,311,627 bytes)
FileName: Fun movies_Banned Commercials - Funny vibrator commercial.mpg (6,934,532 bytes)
FileName: Funny - Banned Commercials - Blind Date.mpg (3,637,252 bytes)
FileName: Funny Commercials - Chris Rock Show - Nigga Please Cereal.mp3 (714,928 bytes)
FileName: Funny Shit - Johnny Rebel - Nigger Nigger.mp3 (896,071 bytes)
FileName: Gary Allan - Living In A House Full Of Love.mp3 (2,261,054 bytes)
FileName: Gary Stewart - Back Sliders Wine.mp3 (2,998,567 bytes)
FileName: Gary Stewart - In Some Room Above The Street.wma (3,100,543 bytes)
FileName: Gary Stewart - She's Acting Single.mp3 (2,703,326 bytes)
FileName: George Jones & Gene Pitney - Sweeter Than The Flowers (1).mp3 (2,686,937 bytes)
FileName: George Strait & Alan Jackson - Murder On Music Row.mp3 (4,198,400 bytes)
FileName: Godsmack - Awake.mp3 (7,302,760 bytes)
FileName: Godsmack - Greed .mp3 (5,022,230 bytes)
FileName: Godsmack - I Fucking Hate You.mp3 (5,929,970 bytes)
FileName: Godsmack - I Stand Alone.mp3 (5,915,295 bytes)
FileName: Godsmack, Disturbed, Deftones, ICP, Korn, Limp Bizkit, System of a down, Rage against the machine, Scatman John.mp3 (7,108,608 bytes)
FileName: Gretchen Wilson - Here For The Party.mp3 (4,744,591 bytes)
FileName: Gretchen Wilson - Homewrecker.mp3 (4,970,496 bytes)
FileName: Gretchen Wilson - Redneck Woman.mp3 (3,073,339 bytes)
FileName: Guns N' Roses - Cats in the Cradle and the Silver Spoon.mp3 (3,821,568 bytes)
FileName: Guns N' Roses - Knocking On Heavens Door.mp3 (5,377,462 bytes)
FileName: Guns N' Roses - Sweet Child Of Mine.mp3 (5,703,053 bytes)
FileName: Hank Be Careful Of Stones That You Throw.mp3 (2,490,496 bytes)
FileName: Hank Snow & Kitty Wells - Wild Side Of Life.mp3 (3,799,058 bytes)
FileName: Hank Williams Sr. Luke the Drifter - Men with Broken Hearts.mp3 (3,095,446 bytes)
FileName: Hank Williams Jr & Kid Rock - Hamburger Steak, Holiday Inn live).mp3 (2,267,136 bytes)
FileName: hank williams jr - I'D RATHER BE GONE GOOD JIM BEAM DRINKING SONG.mp3 (3,254,454 bytes)
FileName: Hank Williams Jr - Luke The Drifter Jr - The Chair That Rocked Us All.mp3 (2,362,723 bytes)
FileName: Hank Williams Jr. - Knoxville Courthouse Blues.mp3 (3,538,276 bytes)
FileName: Hank Williams Sr - Everything's Okay (Luke the Drifter).mp3 (2,754,560 bytes)
FileName: Hank Williams Sr - I Dreamed about Mama Last Night (Luke the Drifter).mp3 (2,885,632 bytes)
FileName: Hank Williams Sr - Just Waitin.mp3 (1,943,739 bytes)
FileName: Hank Williams Sr - Luke the Drifter - Custody.mp3 (2,374,810 bytes)
FileName: Hank Williams Sr - Luke the Drifter,The Funeral.mp3 (2,998,538 bytes)
FileName: Hank Williams Sr Jr III - Never Again Will I Knock On Your Door(1).mp3 (2,343,592 bytes)
FileName: Hank Williams Sr, Jr, III - Three Hanks - 08 - 'Neath a Cold Gray Tomb of Stone.mp3 (2,789,376 bytes)
FileName: Hank Williams Sr, Jr, III - Where The Soul Of Man Never Dies.mp3 (1,595,520 bytes)
FileName: Hank Williams Sr. - Alone And Forsaken(1949).mp3 (1,902,592 bytes)
FileName: Hank Williams Sr. - Beyond the Sunset (Luke the Drifter)(1).mp3 (2,186,117 bytes)
FileName: hip hop dance music - Jay-Z, Dr. Dre, Snoop Dog, Ja Rule, Nate Dogg, Jennifer Lopez, 2Pac, Ludacris,.mp3 (7,010,521 bytes)
FileName: Intoxicated rat.mp3 (2,449,408 bytes)
FileName: IT'S HARD TO KISS THE LIPS AT NIGHT THAT CHEW YOUR ASS OUT ALL DAY LONG - NOTORIOUS CHERRY BOMBS FEAT. RODNEY CROWELL AND VINCE GILL.mp3 (4,148,749 bytes)
FileName: Jackyl - She Loves My Cock.mp3 (4,628,480 bytes)
FileName: Jamie O'Neal-Trying to Find Atlantis.mp3 (3,399,680 bytes)
FileName: Janice Joplin - Me and Bobby McGee(1).mp3 (4,400,820 bytes)
FileName: Janice Joplin - The Rose.mp3 (1,463,040 bytes)
FileName: Janice Joplin- Mercedies Benz.mp3 (2,151,781 bytes)
FileName: JayZ & Linkin Park_Numb Encore.mp3 (8,132,695 bytes)
FileName: Jean Shepard - Slippin' Away.mp3 (2,596,449 bytes)
FileName: Jeff Beck, Eric Clapton, Sting, Phil Collins, Bob Geldorf & Donovan - Live in the secret Policeman s Conzert - verry rare - Phil Collins In the Air tonight.mp3 (4,962,195 bytes)
FileName: Jennifer Lopez - If You Had My Love.mp3 (4,577,189 bytes)
FileName: Jerry Lee Lewis - Hole Lotta Shakin' Goin' On.mp3 (2,784,748 bytes)
FileName: JERRY LEE LEWIS - MIDDLE AGE CRAZY.MP3 (3,737,895 bytes)
FileName: Jerry Lee Lewis - Red Hot Rockabilly.mp3 (2,564,096 bytes)

file:///C|/Documents%20and%20Settings/gieryc/Desktop/Today's%20ECF/Original%20Documents/Summers.Ruby%20-%20userlog%20-%2088510511.txt

2:06-cv-321654-HAB-DGB      # 13-2      Page 11 of 17

FileName: Jerry Lee Lewis - Wild One.mp3 (6,577,185 bytes)
FileName: Jessica Simpson - These Boots Are Made For Walking (VV)(1).mp3 (5,014,538 bytes)
FileName: Jet - Are You Gonna Be My Girl.mp3 (5,412,797 bytes)
FileName: Jet - Cold Hard Bitch.mp3 (3,916,740 bytes)
FileName: Jim Croce - Bad, Bad Leroy Brown.mp3 (2,843,446 bytes)
FileName: Jimi Hendrix - Foxy Lady.MP3 (3,210,492 bytes)
FileName: Jimmie Logsdon - The Death Of Hank Williams.mp3 (3,506,258 bytes)
FileName: Jimmie Rodgers - Blue Yodel #11.mp3 (3,601,176 bytes)
FileName: Jimmy Rogers - Peach Picking Time Down In Georgia - 1933.mp3 (2,763,115 bytes)
FileName: Jimmy Rogers - T For Texas.mp3 (3,289,088 bytes)
FileName: Jimmy Rogers2 - Wreck of the Sloop John B.mp3 (2,792,529 bytes)
FileName: Jo Dee Messina - My Give A Damn's Busted.mp3 (1,622,765 bytes)
FileName: Joe Nichols - What's A Guy Gotta Do.mp3 (3,410,842 bytes)
FileName: John Anderson - Black sheep of the Family.mp3 (2,823,995 bytes)
FileName: John Anderson - Chicken Truck.mp3 (2,603,001 bytes)
FileName: John Anderson - Just 'A Swinging.mp3 (2,930,841 bytes)
FileName: john anderson - red georgia clay.mp3 (3,754,689 bytes)
FileName: John Anderson - Wild And Blue.mp3 (2,568,272 bytes)
FileName: John Anderson - Would You Catch a Falling Star.MP3 (2,811,904 bytes)
FileName: John Fogerty & Ccr - Midnight Special.mp3 (3,577,783 bytes)
FileName: Julie Reeves - Trouble Is A Woman.mp3 (2,297,103 bytes)
FileName: Juvenille - Back that ass UP.mp3 (4,807,248 bytes)
FileName: juvenille - slow motion.mp3 (5,959,680 bytes)
FileName: Kenny Chesney & Uncle Cracker- When The Sun Goes Down.mp3 (6,980,004 bytes)
FileName: Kentucky means Paradise - Glen Campbell.mp3 (1,586,074 bytes)
FileName: Kid Rock & Cheryl Crowe - Picture.mp3 (4,784,978 bytes)
FileName: Kid Rock & Snoop Dogg - WCSR (Bonus Track).mp3 (4,546,560 bytes)
FileName: Kidrock - cowboy.mp3 (4,126,639 bytes)
FileName: Kingsmen - Louie Louie.mp3 (2,658,316 bytes)
FileName: Kinky Friedman & Billy Joe Shaver - Before All Hell Breaks Loose.mp3 (1,269,760 bytes)
FileName: Leanne Rimes - The Right Kind Of Wrong (Coyote Ugly Soundtrack).mp3 (5,445,898 bytes)
FileName: Led Zepplin - Stairway to Heaven.mp3 (7,714,143 bytes)
FileName: Lil Bow Wow feat. Omarion - Let me hold you.mp3 (5,379,761 bytes)
FileName: Lil Bow Wow- Let Me Hold You (Ft Omarion).mp3 (4,781,598 bytes)
FileName: Lil Bow Wow- Take Ya Home.mp3 (3,838,503 bytes)
FileName: Lil John & eAST Side Boys - Bounce That Ass.mp3 (4,054,750 bytes)
FileName: Lila McCann - Down Came A Blackbird.mp3 (3,752,983 bytes)
FileName: Lila Mccann - I Wanna Fall In Love.mp3 (4,152,134 bytes)
FileName: Limp Bizkit - Behind Blue Eyes.mp3 (8,780,405 bytes)
FileName: Limp Bizkit - No Sex.mp3 (3,738,876 bytes)
FileName: linkin park, godsmack, disturbed, pantera, limp bizkit, tool, s - scars of life - purity.mp3 (5,952,783 bytes)
FileName: lisa lobe - stay.mp3 (2,939,834 bytes)
FileName: little richard - Devil with the Blue Dress.mp3 (2,981,804 bytes)
FileName: Little Richard - Keep A Knockin'.mp3 (2,316,039 bytes)
FileName: Lloyd Price - Stagger Lee - Original (Unsensored Version).mp3 (2,279,424 bytes)
FileName: Loretta Lynn & Conway Twitty - Lead Me On.mp3 (2,321,000 bytes)
FileName: Loretta Lynn & Ernest Tubb - Answer The Phone.mp3 (2,422,619 bytes)
FileName: Loretta Lynn & Ernest Tubbs - We'll Never Change.mp3 (2,044,017 bytes)
FileName: Loretta Lynn - Tippy Toeing.mp3 (1,899,340 bytes)
FileName: Loretta Lynn - Wings Upon Your Horns.mp3 (2,549,459 bytes)
FileName: Lorretta Lynn - I'm a Honky tonk girl.mp3 (2,451,456 bytes)
FileName: Lorrie Morgan - A picture of me without you.mp3 (3,508,224 bytes)
FileName: Lynn Anderson - Listen To A country Song.mp3 (3,347,605 bytes)
FileName: Lynn Anderson - Rose Garden ..mp3 (2,870,362 bytes)
FileName: lynn anderson - Take The Ribbon From My Hair.mp3 (2,363,523 bytes)
FileName: Mariah Carey feat. Styles P & Jadakiss-We belong together (remix).mp3 (4,129,479 bytes)

FileName: Mark Chesnutt (More av. Mazd) (3893 v 74 bytes)
FileName: Mark Chestnutt - Going Through the Big D.mp3 (2,437,537 bytes)
FileName: Mark Chestnut - The Lord Loves A Drinking Man.mp3 (3,859,820 bytes)
FileName: Mark Chestnutt -Too Cold At Home.mp3 (3,557,513 bytes)
FileName: Marshall Tucker Band - Fire On The Mountain(1).mp3 (3,789,440 bytes)
FileName: Marshall Tucker Band - Heard it in a Love Song(1).mp3 (5,953,536 bytes)
FileName: Marshall Tucker Band - Ramblin'.Mp3 (7,405,568 bytes)
FileName: Marshall Tucker Band - The Night They Drove Old Dixie Down.mp3 (3,360,768 bytes)
FileName: Martina McBride - Concrete Angel.mp3 (4,052,992 bytes)
FileName: Martina McBride - This Ones For The Girls.mp3 (3,866,812 bytes)
FileName: Martina Mcbride- How far.mp3 (5,693,411 bytes)
FileName: Mary Chapin Carpenter - Down at the Twist and Shout .mp3 (3,277,217 bytes)
FileName: Matchbox 20 - Unwell.mp3 (5,490,856 bytes)
FileName: Mell Tillis Southern Rain.mp3 (2,506,880 bytes)
FileName: Moe Bandy & Joe Stampley - Hank Williams You Wrote My Life.mp3 (3,841,526 bytes)
FileName: Moe Bandy & Joe Stampley - Roll On Big Mama.mp3 (3,115,008 bytes)
FileName: Moe Bandy and Joe Stampley - Just Good Ol' Boys.mp3 (2,472,774 bytes)
FileName: Moe Bandy And Joe Stampley - The Rodeo Clown.mp3 (2,952,422 bytes)
FileName: Molly Hatchet - Gunsmoke(1).mp3 (3,093,056 bytes)
FileName: Monkees - Hey Hey We're The Monkeys.mp3 (2,263,794 bytes)
FileName: Monkees - Last Train To Clarksville.mp3 (2,664,455 bytes)
FileName: Moon Mullican - Sweeter Than The Flowers.mp3 (1,764,961 bytes)
FileName: Moore and Napier - Truck Driver's Queen.mp3 (2,063,133 bytes)
FileName: Nelly (Ft. Tim McGraw) - Over And Over Again.mp3 (6,219,776 bytes)
FileName: Nickelback - Figured you out.mp3 (5,509,790 bytes)
FileName: Nigger Haters - I Hate Niggers.mp3 (1,041,430 bytes)
FileName: Nonpoint - In The Air Tonight 1.mp3 (7,412,738 bytes)
FileName: Oh Brother, Where Art Thou - 19 - Angel Band - The Stanley Brothers.mp3 (2,172,431 bytes)
FileName: OLD COUNTRY - Stanley Brothers - Sweeter Than the Flowers.mp3 (1,595,177 bytes)
FileName: Oldies - Fats Domino - Kansas City.mp3 (1,935,488 bytes)
FileName: Oldies - Nancy Sinatra - These Boots Are Made For Walking.mp3 (6,467,258 bytes)
FileName: Oldies - Rockin Robin (50's & 60's).mp3 (2,500,608 bytes)
FileName: Oldies - The Twist-Chubby Checker(50's & 60's).mp3 (2,502,656 bytes)
FileName: Oldies The wanderer-Dion and the Belmonts(50's & 60's).mp3 (2,538,324 bytes)
FileName: Olivia Newton John - Angel of the Morning.mp3 (3,989,276 bytes)
FileName: Olivia Newton John - I Honestly Love You (1974).mp3 (3,919,872 bytes)
FileName: Olivia Newton John - Physical.mp3 (3,596,968 bytes)
FileName: Olivia Newton-John - If You Love Me (Let Me Know).mp3 (3,160,607 bytes)
FileName: Olivia Newton-John - Let Me Be There.mp3 (3,226,992 bytes)
FileName: Outlaws - Hurry Sundown.mp3 (5,927,040 bytes)
FileName: Outlaws - Freeborn Man.mp3 (4,630,526 bytes)
FileName: Ozzy Osbourne - Dreamer.mp3 (4,559,227 bytes)
FileName: Ozzy Ozborne-Crazy Train.mp3 (4,655,052 bytes)
FileName: Pink Floyed - Money.wma (2,883,714 bytes)
FileName: Pink Floyed--wish u were here.mp3 (4,411,629 bytes)
FileName: Poison - Every Rose Has Its Thorn.mp3 (3,612,909 bytes)
FileName: Poison - Talk Dirty To Me.mp3 (3,579,786 bytes)
FileName: Prince - Pussy Control.mp3 (5,731,750 bytes)
FileName: Puddle Of Mud - Control.mp3 (5,550,124 bytes)
FileName: Puddle Of Mudd - She Fucking Hates Me.mp3 (5,192,798 bytes)
FileName: Ralph Stanley - Pretty Polly (w Patty Loveless).mp3 (3,934,474 bytes)
FileName: Ram Jam - Black Betty.mp3 (3,866,752 bytes)
FileName: Rank Stranger - Ralph Stanley.mp3 (3,457,982 bytes)
FileName: Ray Stevens - Haunted House.mp3 (3,149,288 bytes)
FileName: Rednex - Cotton Eyed Joe.mp3 (3,060,656 bytes)
FileName: REO Speedwagon - Heard It From A Friend.mp3 (3,857,808 bytes)

file:///C|/Documents%20and%20Settings/gieryc/Desktop/Today's%20ECF/Original%20Documents/Summers.Ruby%20-%20userlog%20-%2088510511.txt

2006-03-21 65-1 AP DGB     # 13-2     Page 13 of 17

FileName: Ritchie Valens - Donna ( March 21, 1965 - 2,852,249 bytes)
FileName: Roy Clark - Thank God And Greyhound.mp3 (2,504,704 bytes)
FileName: Sammie Davis Jr. - The Candy Man.mp3 (3,015,872 bytes)
FileName: Sammy Kershaw - Anywhere But Here.mp3 (2,399,469 bytes)
FileName: Scars of Life - 02 - Mute (if you like Drowning Pool, Sevendust, AudioSlave, Blindside, Earshot, Nonpoint, TrustCompany).mp3 (5,832,970 bytes)
FileName: Seether - Fuck It (Creed, Puddle of Mudd, Godsmack, Nickelback, Staind, Taproot, Nirvana, Bush, Drowning Pool).mp3 (4,911,565 bytes)
FileName: Seether - Remedy.mp3 (5,052,500 bytes)
FileName: Senator Robert Byrd D-WV - (Mountain Fiddler) - Rye Whiskey.mp3 (5,464,713 bytes)
FileName: Shaggy - Angel.mp3 (3,771,610 bytes)
FileName: Shaggy - Freaky Girl.mp3 (3,596,666 bytes)
FileName: Shaggy - Hope (Never Give Up).mp3 (6,043,914 bytes)
FileName: Shaggy - It Wasnt Me.mp3 (5,460,952 bytes)
FileName: Shania Twain - Any Man Of Mine.mpg (55,732,228 bytes)
FileName: shania_twain-party_for_two-country.wmv (16,051,116 bytes)
FileName: She Daisy - Lucky For You, Tonight I'm Just Me.mp3 (3,883,136 bytes)
FileName: Shelby Lynn - Feeling Kind Of Lonely Tonight.mp3 (2,885,632 bytes)
FileName: Shine Down - Simple Man.mp3 (4,897,612 bytes)
FileName: Shine Down - Starring Down The Barrel Of A 45.mp3 (6,002,481 bytes)
FileName: shooter jennings - Busted in Baylor County.mp3 (4,636,299 bytes)
FileName: Shooter Jennings- Solid Country Gold.mp3 (2,985,815 bytes)
FileName: Sir Mix Alot - I Like Big Butts.mp3 (4,205,505 bytes)
FileName: Sold-John Michael Montgomery.mp3 (2,437,120 bytes)
FileName: Stained - It's Been a While.mp3 (6,393,841 bytes)
FileName: Steve Miller Band - Im a Joker Im a Smoker.mp3 (3,480,601 bytes)
FileName: Steve Miller Band - Jet Airliner.mp3 (3,450,726 bytes)
FileName: Steve Miller Band - Joker (midnight toker).MP3 (4,249,600 bytes)
FileName: Steve Miller Band - The Joker.mp3 (3,482,504 bytes)
FileName: Stevie Ray Vaughn - If The House Is Rockin.mp3 (2,308,508 bytes)
FileName: Susan Raye - LA International Airport.mp3 (2,686,351 bytes)
FileName: Susan Raye - Pitty Pitty Patter.mp3 (2,274,202 bytes)
FileName: Susan Raye -(16 Greatest Hits)-16-Whatcha Gonna Do With A Dog Like That.mp3 (2,261,447 bytes)
FileName: System Of A Down - Toxicity.mp3 (3,472,600 bytes)
FileName: System Of The Down - Chop Suey.mp3 (5,056,330 bytes)
FileName: Tanya Tucker - It's A Little Too Late.mp3 (2,541,160 bytes)
FileName: Tanya Tucker - Love Me Like You Used To.mp3 (4,511,328 bytes)
FileName: Tanya Tucker - Son Of A Preacher Man.mp3 (2,293,428 bytes)
FileName: Tanya Tucker - Texas (When I Die).mp3 (3,865,783 bytes)
FileName: tex ritter - rye whiskey.mp3 (3,080,320 bytes)
FileName: The Dillards - Bluegrass Breakdown.mp3 (1,824,541 bytes)
FileName: The Dillards - Cripple Creek.mp3 (2,027,163 bytes)
FileName: The Dillards - Dooley.mp3 (2,538,122 bytes)
FileName: The Monkeys- Daydream Believer.mp3 (2,873,532 bytes)
FileName: The Outlaws - Knoxville Girl.mp3 (3,397,426 bytes)
FileName: The Outlaws - There Goes Another Love Song.mp3 (3,708,928 bytes)
FileName: The Temptations - Papa Was a Rolling Stone.mp3 (6,721,617 bytes)
FileName: The Who - Pinball Wizard.mp3 (2,846,053 bytes)
FileName: Tim Mcgraw - Dont take the girl.mp3 (2,998,462 bytes)
FileName: Tim McGraw - Indian Outlaw.mp3 (2,875,596 bytes)
FileName: Tim Mcgraw and Faith Hill - It's Your Love.mp3 (3,605,443 bytes)
FileName: Toby Keith - I Ain't as Good as I Once was.mp3 (6,380,855 bytes)
FileName: Tony Braxton - Love songs 7 - Un-break my heart.mp3 (4,845,825 bytes)
FileName: Trace Adkins - Every Light In The House Is On.mp3 (2,875,658 bytes)
FileName: Uncle Cracker - Drift Away.mp3 (6,141,878 bytes)
FileName: Usher & Nelly- My Boo (remix).mp3 (4,256,496 bytes)
FileName: Vern Gosden - Set 'Em Up Joe.mp3 (2,944,650 bytes)
FileName: Vern Gosdin & Rhonda Vincent - A Picture Of Me Without You.mp3 (3,550,947 bytes)

file:///C/Documents%20and%20Settings/gieryc/Desktop/Today's%20ECF/Original%20Documents/Summers.Ruby%20-%20userlog%20-%2088510511.txt

2:06....:2:665:1:AB.DGB     # 13-2     Page 14 of 17

FileName: vern gosdin - bz2a0d6y0am0ap00651ia0b0ya0y.mp3

FileName: vern gosdin - Dim lights, thic.mp3 (3,353,775 bytes)

FileName: Vince Gill - Go Rest High On The Mountain.mp3 (5,020,461 bytes)

FileName: Waiting For A Train.MP3 (2,672,815 bytes)

FileName: Waylon Jennings & Billy Joe Shaver - Oklahoma Winds.mp3 (4,321,408 bytes)

FileName: Waylon Jennings - Sally Was A Good Old Girl.wav (589,878 bytes)

FileName: What'd I Say.mp3 (2,361,138 bytes)

FileName: Wilf Carter - (There's A) Bluebird On Your Windowsill.mp3 (2,150,528 bytes)

FileName: Willie Nelson - Mendicino County Line (with Lee Ann Womack)_0121121238.mp3 (4,357,311 bytes)

FileName: WWE - Chris Benoit Theme.mp3 (5,645,634 bytes)

FileName: WWE - John Cena - My Time Is Now.mp3 (3,357,014 bytes)

FileName: WWE - John Cena's WrestleMania Rap.mp3 (2,733,800 bytes)

FileName: WWE - John Cenas theme song.mp3 (3,994,483 bytes)

FileName: WWE - WWF - Mankind vs Undertaker - Hell In A Cell (King of the Ring 1998).asf (25,426,963 bytes)

FileName: WWE John Cena Theme-Word Life.mp3 (4,369,776 bytes)

FileName: WWE RAW 06.06.05 - Chris Jericho's Highlight Reel with John Cena's RAW Debut (Full).wmv (37,262,076 bytes)

FileName: WWE Smackdown - Brock Lesnar F5 on Randy Orton.wmv (1,195,933 bytes)

FileName: WWE Theme Songs - Stone Cold.mp3 (3,492,330 bytes)

FileName: WWE Themes - Randy Orton.mp3 (4,177,920 bytes)

FileName: WWE Triple H (motorhead).mp3 (3,264,896 bytes)

FileName: ZZ Top - Beer Drinkers & Hell Raisers.mp3 (3,311,618 bytes)

FileName: ZZ Top - She's Got Legs.mp3 (4,347,739 bytes)

FileName: ZZTop - Tush.mp3 (2,203,743 bytes)

FileName: brad paisley - Mrs Steven Rudy.mp3 (3,315,926 bytes)

FileName: Carl Smith - The Lord Knows I'm Drinking.mp3 (2,773,961 bytes)

FileName: Carly Simon - You're So Vain.mp3 (4,130,111 bytes)

FileName: Charlie Daniel's Band - South Is Gonna Do It Again.mp3 (3,808,016 bytes)

FileName: David Allen Coe - Alabama Nigger.mp3 (2,141,588 bytes)

FileName: David Allen Coe - Nigger Hatin' Me.mp3 (2,073,306 bytes)

FileName: Dixie.wma (5,352,633 bytes)

FileName: doc watson - Tom Dooley.mp3 (2,265,304 bytes)

FileName: gary stewart - Honky Tonk Hardwood Floor.mp3 (2,754,560 bytes)

FileName: Gary Stewart - I get Drunk.mp3 (1,915,405 bytes)

FileName: Gary Stewart - Out Of Hand.mp3 (2,947,072 bytes)

FileName: Gary Stewart - Ramblin' Man.mp3 (2,744,448 bytes)

FileName: Gary Stewart - Single Again.mp3 (2,969,600 bytes)

FileName: Jimmy Buffet -The Asshole Song.mp3 (3,097,852 bytes)

FileName: john prine - Muhlenberg County.mp3 (3,087,544 bytes)

FileName: Johnny Cash - Hot Rod Lincoln.mp3 (2,089,088 bytes)

FileName: Led Zeplin - Stair Way To Heaven.mp3 (6,764,395 bytes)

FileName: Lila Mcann - I Wanna Fall in Love.mp3 (4,152,390 bytes)

FileName: Mats Rådberg - Chicken Truck.mp3 (4,274,225 bytes)

FileName: Mel Tillis - Sawmill.mp3 (2,599,167 bytes)

FileName: Merle Haggard & Willie Nelson - Silver Wings.mp3 (2,965,888 bytes)

FileName: Merle Haggard, Willie Nelson & George Jones - I Gotta Get Drunk(1).mp3 (2,611,584 bytes)

FileName: Mickey Gilley - I Overlooked An Orchid (1).mp3 (2,765,601 bytes)

FileName: Molly Hatchet - Flirting With Disaster.mp3 (9,568,256 bytes)

FileName: Ozark Mountain Daredevils - Chicken Train.mp3 (5,213,032 bytes)

FileName: Ozark Mountain Daredevils - Standin' On The Rock.mp3 (3,746,134 bytes)

FileName: Pat Benetar - Best Shot.mp3 (2,439,332 bytes)

FileName: Porter Wagoner - Y'all Come.mp3 (2,295,969 bytes)

FileName: Red Sovine - Daddys Girl (1).mp3 (655,488 bytes)

FileName: Roll On, Big Mama.mp3 (2,492,934 bytes)

FileName: Sonny James - Running Bear.mp3 (2,668,544 bytes)

FileName: Stagger Lee.mp3 (3,094,656 bytes)

FileName: Steppenwolf - Born To Be Wild.mp3 (3,363,317 bytes)

file:///C|/Documents%20and%20Settings/gieryc/Desktop/Today's%20ECF/Original%20Documents/Summers.Ruby%20-%20userlog%20-%2088510511.txt

2:16-CV-21S6-HAB-DGB    Page 15 of 17

FileName: TobyKeith-I'llNeverSmokeWeedWithWillieAgain.mp3 (2,587,688 bytes)
FileName: (06) Britney Spears - Toxic.wma (2,069,477 bytes)
FileName: 000_0109.JPG (26,051 bytes)
FileName: 000_0110.JPG (21,806 bytes)
FileName: 000_0114.JPG (31,073 bytes)
FileName: 000_0117.JPG (29,919 bytes)
FileName: 00789795.pdf (17,877 bytes)
FileName: 09 Track 9.wma (2,082,757 bytes)
FileName: 14 Hailey's Song.MP3 (5,164,431 bytes)
FileName: 8534_CH121-52097.pdf (51,795 bytes)
FileName: A Mother whos cries that went unheard.rtf (2,092 bytes)
FileName: aaw6181.exe (2,150,574 bytes)
FileName: ain't no fun.zip (115,361 bytes)
FileName: all my life.zip (234,989 bytes)
FileName: angel.zip (254,211 bytes)
FileName: Ashford & Simpson-Ain't No Mountain High Enough.MP3 (2,387,968 bytes)
FileName: babyboy.wma (586,634 bytes)
FileName: beautiful.zip (123,255 bytes)
FileName: black eyed peas - wheres the love.mp3 (5,466,309 bytes)
FileName: Bobbi's work letter.rtf (712 bytes)
FileName: Bone Thugs 'N' Harmony - First Of Da Month.mp3 (5,033,771 bytes)
FileName: Bone Thugs and Harmony - Crossroads.MP3 (3,428,352 bytes)
FileName: Bone Thugs N Harmony - Love Of Money.mp3 (4,349,952 bytes)
FileName: Boys 2 Men - I'll Make Love to You.mp3 (3,789,217 bytes)
FileName: Boys II Men - End of the Road.mp3 (4,893,641 bytes)
FileName: Boys II Men - I Swear.mp3 (3,617,042 bytes)
FileName: bring me to life.zip (140,622 bytes)
FileName: burn 2.zip (148,510 bytes)
FileName: burn.zip (160,239 bytes)
FileName: ConcertFlyer05.pdf (337,612 bytes)
FileName: confessions.zip (210,657 bytes)
FileName: David Allen Coe - Dear Penis.mp3 (1,816,576 bytes)
FileName: Eamon-Fckit-(explicit).mp3 (5,482,962 bytes)
FileName: Eminem-The_Eminem_Show-Hailies_Song.wav.zip (95,918 bytes)
FileName: Faith Hill - Amazing Grace.mp3 (3,928,416 bytes)
FileName: Fallin'.mp3 (3,139,931 bytes)
FileName: file.txt (39 bytes)
FileName: fox wallpaper.zip (13,584 bytes)
FileName: Frankie- Fuck You Right Back.mp3 (3,234,503 bytes)
FileName: Gatlin Brothers - All The Gold In California.mp3 (3,191,097 bytes)
FileName: ge.pdf (5,684,169 bytes)
FileName: Godsmack - Vodoo.mp3 (4,462,521 bytes)
FileName: Guns N Roses - Patience.mp3 (5,702,217 bytes)
FileName: Hilary Duff - So Yesterday.mp3 (8,564,697 bytes)
FileName: immortal.zip (163,245 bytes)
FileName: Incubus - Drive.mp3 (3,713,130 bytes)
FileName: Incubus- Wish You Were Here.mp3 (1,709,999 bytes)
FileName: Jessica Simpson - 02 - With You.wma (2,332,713 bytes)
FileName: Jessica Simpson - With You (1).mp3 (4,624,384 bytes)
FileName: Josh Turner - Long Black Train.mp3 (1,259,188 bytes)
FileName: Kid Rock - Cocky - 07 - Lonely Road Of Faith.mp3 (5,258,762 bytes)
FileName: kmd.exe (448,000 bytes)
FileName: L.L. Cool J - I need love.mp3 (5,171,375 bytes)
FileName: Lannie's Amanda Perez - God Send Me An Angel.mp3 (3,526,449 bytes)
FileName: Led Zeplin - Stair Way To Heaven.mp3 (6,764,395 bytes)
FileName: LimeWireWin.exe (6,044,184 bytes)

FileName: LittleBoy.mpg (2,963,523 bytes)
FileName: Mats Rådberg - Chicken Truck.mp3 (4,273,969 bytes)
FileName: Meatloaf - Paradise By The Dashboard Lights.mp3 (4,143,104 bytes)
FileName: Michelle Branch - Are You Happy Now (Aol First Listen).mp3 (5,539,387 bytes)
FileName: Michelle Branch - Everywhere.mp3 (3,520,854 bytes)
FileName: monkey.wmv (401,490 bytes)
FileName: N'Sync - God Must Have Spend Little More Time On You.mp3 (4,504,979 bytes)
FileName: naughty girl.zip (152,603 bytes)
FileName: Ozark Mountain Daredevils - Standin' On The Rock.mp3 (3,745,750 bytes)
FileName: Ozzy Osborne - Goodbye To Romance.mp3 (5,416,502 bytes)
FileName: Ozzy Osbourne - Mama, I'm Coming Home.mp3 (4,296,218 bytes)
FileName: PACKING LIST.zip (106,227 bytes)
FileName: parking ticket.pdf (48,975 bytes)
FileName: PGirlsWillBeGirls.wmv (2,742,327 bytes)
FileName: pic00041.gif (8,432 bytes)
FileName: Pink Floyd - Darkside of the Moon.mp3 (5,353,856 bytes)
FileName: playmate wallpaper.zip (32,334 bytes)
FileName: popupwiper-setup.exe (2,697,334 bytes)
FileName: Prince - Pussy Control.mp3 (5,731,750 bytes)
FileName: PrvDefSetup3.0.exe (4,479,073 bytes)
FileName: Rodney Carrington - Titties And Beer.mp3 (1,209,991 bytes)
FileName: Silk - Freak Me.mp3 (4,421,300 bytes)
FileName: Slow Jamz (2).mp3 (3,293,518 bytes)
FileName: slow jamz.zip (138,790 bytes)
FileName: soldier.zip (209,571 bytes)
FileName: spybotsd13.exe (4,354,084 bytes)
FileName: Sweet - Ballroom Blitz.mp3 (3,887,849 bytes)
FileName: TETRIS.zip (133,354 bytes)
FileName: tipsy.zip (180,070 bytes)
FileName: Toby Keith - Angry American.mp3 (3,061,888 bytes)
FileName: Trace Adkins - Every Light In The House Is On.mp3 (2,874,305 bytes)
FileName: Usher - My Way.mp3 (3,434,916 bytes)
FileName: Usher Feat. Alicia Keys - My Boo.zip (237,039 bytes)
FileName: winmx353.exe (823,296 bytes)
FileName: xingtonefree.exe (2,323,064 bytes)
FileName: yahoo!_messenger_install.exe (3,130,328 bytes)
FileName: (Puff Daddy) I'll Be Missing You.mp3 (4,963,393 bytes)
FileName: 90's . Meredith Brooks - I'm a Bitch.mp3 (3,968,906 bytes)
FileName: Alice Deejay - Better Off Alone.mp3 (3,467,578 bytes)
FileName: Aretha Franklin - I Will Survive.mp3 (4,331,332 bytes)
FileName: Bob And Tom - Nothing Like A BlowJob In The Morn' (Rodney Carrington).mp3 (1,606,016 bytes)
FileName: Buck Owens & Susan Raye - Lookin Back To See.MP3 (2,310,528 bytes)
FileName: Clarence Carter - Strokin (uncensored).mp3 (4,395,008 bytes)
FileName: David Allen Coe - She's Fat, I'm Drunk, It's On.mp3 (7,909,587 bytes)
FileName: elvis presley - in the ghetto.mp3 (2,681,174 bytes)
FileName: Elvis Presley - Kentucky Rain.mp3 (7,829,272 bytes)
FileName: Eminem - Encore - 16 - Mocking Bird.mp3 (5,408,768 bytes)
FileName: Eurythmics - Sweet Dreams.mp3 (4,676,929 bytes)
FileName: Get More with Jukebox Plus.mp3 (264,654 bytes)
FileName: Hank Snow - The Night I Stole Old Sammy Morgan's Gin.mp3 (3,029,122 bytes)
FileName: Led Zeplin - When The Levy Breaks.mp3 (4,628,054 bytes)
FileName: MM Jukebox Plus Upgrade.mp3 (228,668 bytes)
FileName: Nelly feat. Tim McGraw - Over And Over.mp3 (6,261,119 bytes)
FileName: Promised Land.mp3 (1,583,107 bytes)
FileName: Rednex - Cotton Eyed Joe.mp3 (5,480,832 bytes)
FileName: Rodney Carrington - The Pubic Hair Song - Bob and Tom.mp3 (922,296 bytes)

FileName: Sir Mix Alot ~ Baby Got Back.mp3 (2,060,021 bytes)
FileName: Snoop Dogg - Doggystyle - 12 - Ain't No Fun (If The Homies Can't Have None) (Feat. Nate Dogg, Warren G & Kurupt).mp3 (9,896,566 bytes)
FileName: Snoop Dogg - Drop It Like Its Hot feat. Pharell.mp3 (6,480,424 bytes)
FileName: Tanya Tucker - Son of a Preacher Man.mp3 (2,304,086 bytes)
FileName: The Fugees - Killing Me Softly.mp3 (12,039,017 bytes)
FileName: Usher - Confessions - 05 - Confessions Part 2(1).mp3 (5,514,222 bytes)
FileName: Usher ft. Beyonce & Alicia Keys My Boo.mp3 (7,453,432 bytes)
FileName: frankclip - Aug 14, 2004 18.32.11.mp3 (166,561 bytes)
FileName: Police Voicemail - Feb 01, 2004 14.02.36.wma (157,081 bytes)
FileName: Windows Movie Maker 2 Sample File.WMV (643,170 bytes)
FileName: Mariah Carey ft jadakiss - i miss you.mp3 (6,258,398 bytes)
FileName: Mariah Carey ft. Usher - Me and My Boyfriend.mp3 (3,380,420 bytes)
FileName: Mariah Carey-Shake if off.mp3 (5,727,787 bytes)
FileName: Rihanna - Pon De Replay (Hey Mr Dj Turn The Music Up).mp3 (6,184,842 bytes)
FileName: Pussycat Dolls - Don't Ya Wish Your Girlfriend Was Hot Like Me.mp3 (7,609,904 bytes)
FileName: Nickelback - Photogragh (Full Song).mp3 (3,973,854 bytes)
FileName: Mr. Big - To Be With You.mp3 (3,316,054 bytes)
FileName: Mariah_Carey_-_We_Belong_Together.mp3 (8,124,416 bytes)
FileName: Extreme - More Than Words.mp3 (4,033,810 bytes)

E-FILED
Tuesday, 03 July, 2007  03:28:33 PM
Clerk, U.S. District Court, ILCD

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>                    Plaintiffs,<br><br>vs.<br><br>REBECCA DICKENS,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  06 C 2165<br><br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

## DECLARATION OF ANN E. PILLE

I, Ann E. Pille, declare:

1.      I am an attorney at law licensed to practice before, *inter alia*, the Courts of the State of Illinois and the United States District Court for the Central District of Illinois.  I am an attorney in the law firm of DLA Piper US LLP, attorneys for Plaintiffs in the above-captioned matter.  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.      On September 5, 2006, Plaintiffs filed the Complaint for Copyright Infringement (the "Complaint") against Defendant Rebecca Dickens ("Defendant").   Attached to the Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (the "Memorandum") as Exhibit A is a true and correct copy of the Complaint.

3.      On October 4, 2006, Defendant was served with a Summons to appear in the above-captioned proceeding.  As such, Defendant's responsive pleading was due on or before

October 24, 2006.  Attached to the Memorandum as Exhibit C is a true and correct copy of the Affidavit of Service.

4.    Defendant has filed an appearance in this action, nor has she filed a responsive pleading to Plaintiffs' Complaint.  Consequently, on June 26, 2007, the Plaintiffs' Motion for Entry of Default was granted against Defendant.

5.    I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6.    Plaintiffs have incurred costs in this case in the amount of $420.00.

7.    I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2007 in Chicago, Illinois.


DATED:  July 3, 2007         By:   /s/ Ann E. Pille
                                   Ann E. Pille (ARDC #06283759)

E-FILED
Tuesday, 03 July, 2007  03:29:02 PM
Clerk, U.S. District Court, ILCD

EXHIBIT C

**E-FILED**
Monday, 09 October, 2006 02:44:28 PM
Clerk, U.S. District Court, ILCD

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

**CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,**

V.

**REBECCA DICKENS**

### SUMMONS IN A CIVIL CASE

CASE NUMBER: $06 - 2165$

TO:
**REBECCA DICKENS**
**1968 E. Chestnut St.**
**Kankakee, IL 60901**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**Keith W. Medansky**          **Phone: (312) 368-4000**
**Alan S. Dalinka**              **Fax:   (312) 236-7516**
**DLA PIPER US LLP**
**203 N. LaSalle Street  Suite 1900**
**Chicago, Illinois 60601-1293**

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JOHN M. WATERS, CLERK                              DATE September 5, 2006

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff / Petitioner<br><br>vs.<br>REBECCA DICKENS<br><br>Defendant / Respondent | Cause #:  06-2165<br><br>Affidavit of Service of:<br>NOTICE TO DEFENDANT; CIVIL COVER SHEET; SUMMONS; APPEARANCE FORM (2); COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATE OF INTEREST<br><br>Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says:  That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of _Oct 4, 2006_ at the address of _758 North Greenwood, Apt #3_, city of _Kankakee_, county of _____, state of _Illinois_, this affiant served the above described documents upon:

## REBECCA DICKENS

☐ **Personal Service**

by then and there personally delivering _____ true and correct copy(ies) thereof.

☐ **Corporate Service**

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____
<span style="font-size:small">*Person Receiving Documents and Their Title*</span>

☒ **Substituted/Residential Service**

by then and there personally delivering _1_ true and correct copy(ies) thereof, by then presenting to and leaving the same with _Shonquea Dickens (daughter)_ a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

_Terrance Dubois_
<span style="font-size:small">*Typed or Printed Name of Process Server*</span>

<span style="font-size:small">*Server Signature*</span>

Subscribed and Sworn to before me this _10-05-06_

a Notary Public in the State of _Illinois_
Residing at _Danforth_

OFFICIAL SEAL
CHRISTOPHER D MORRICAL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/18/09

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4174308

**ORIGINAL
PROOF OF SERVICE**

DLA PIPER US LLP

OR_FWPRN

E-FILED
Tuesday, 03 July, 2007  03:29:20 PM
Clerk, U.S. District Court, ILCD

### <u>CERTIFICATE OF SERVICE</u>

      I, Ann E. Pille, hereby certify that on July 3, 2007, I caused a copy of the Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction to be filed electronically.  Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding.  In addition, on July 3, 2007, I caused a copy of the Memorandum to be served on Defendant, at her last known address, listed below, via United States mail, postage prepaid:

        Rebecca Dickens
        4224 Drummond
        East Chicago, IN 46312


DATED:  <u>July 3, 2007</u>        By:  <u>/s/ Ann E. Pille</u>
                          Ann E. Pille (ARDC #06283759)