UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>REBECCA DICKENS,<br><br>Defendant. | Case No.: 06 C 02165<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

### ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter coming to be heard on Plaintiffs' Motion for Default Judgment and Permanent Injunction, filed on July 3, 2007 (the "Motion"); due and proper notice having been provided; Defendant Rebecca Dickens ("Defendant") having previously been adjudged to be in default; this Court finding that there is good cause for the relief sought in the Motion; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED:

1.      Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint.

2.      Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Atomic Dog," on album "Computer Games," by artist "George Clinton" (SR# 43-549);

- "You Know How We Do It," on album "Lethal Injection," by artist "Ice Cube" (SR# 198-283);

- "Everything," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);

- "Same Script, Different Cast," on album "Whitney The Greatest Hits," by artist "Whitney Houston" (SR# 284-891);

- "Dangerously in Love," on album "Survivor," by artist "Destiny's Child" (SR# 289-199);

5. Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

6. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED:  July 24, 2007             By:      s/ Harold A. Baker
                                        Honorable Harold A. Baker
                                        United States District Judge