AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Tuesday, 24 July, 2007  01:31:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CAPITOL RECORDS, INC., et al.,**
                    **Plaintiffs,**

            vs.                                                    Case Number:   **06-2165**

**REBECCA DICKENS,**
                    **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of the plaintiff and against the defendant in the amount of $3,750.00 plus costs of suit in the amount of $420.00.

ENTER this 24th day of July, 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY:  DEPUTY CLERK